UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.     1:22-mj-02598-Louis

UNITED STATES OF AMERICA
v.
JOSE MANUEL LEON-MARIN,
RODOLFO RODRIGUEZ VAZQUEZ and
STANLEY JAVIER CABRERA,
                  Defendants.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Michele S. Vigilance*
MICHELE S. VIGILANCE
Assistant United States Attorney
Court ID No.  A5502091
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305-432-1406
Email: Michele.Vigilance@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOSE MANUEL LEON-MARIN,<br>RODOLFO RODRIGUEZ VAZQUEZ, and<br>STANLEY JAVIER CABRERA,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:22-mj-02598-Louis<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about   March 29, 2022  , upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Sections 70503(a)(1) and 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

USCGIS Javiel Gonzalez
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date:  April 7 2022

*Judge's signature*

City and state:  Miami, Florida                Hon. Lauren F. Louis, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Javiel Gonzalez, being duly sworn, hereby depose and state the following:

1. I am currently assigned as a Special Agent with the Coast Guard Investigative Service (CGIS) in Miami, Florida and have worked in this capacity since August, 2019. Prior to becoming a CGIS Agent, I worked as a Special Agent with the U.S. Secret Service from 2017-2019 and prior to that, I was employed by the State of Florida as a State Trooper and a Criminal Investigator. I have worked in law enforcement for a total of ten years. My official CGIS duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18 of the United States Code that is empowered by law to conduct investigations and to make arrests for offenses enumerated in the United States Code.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Jose Manuel LEON MARIN, Rodolfo RODRIGUEZ VAZQUEZ, and Stanley JAVIER CABRERA** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about March 29, 2022, while on patrol in the Caribbean Sea, United States Coast Guard Cutter (USCGC) DAUNTLESS detected a go-fast vessel (GFV) approximately 111

nautical miles south of Isla Beata, Dominican Republic, in international waters and upon the high seas. The GFV was traveling in a known drug trafficking area and did not display any indicia of nationality. DAUNTLESS launched an Over the Horizon boat (OTH) with embarked USCG boarding team. Subsequently, the OTH made contact with the GFV, which was dead in the water, and gained positive control of the vessel without use of force.

4. The USCG boarding team observed packages onboard the GFV in plain view. They also found three (3) individuals on the GFV, who were identified as **Jose Manuel LEON MARIN, Rodolfo RODRIGUEZ VAZQUEZ, and Stanley JAVIER CABRERA**. The master was identified as **LEON MARIN**, who made a claim of Venezuelan (VN) nationality for the GFV. The United States contacted the Government of Venezuela who authorized the boarding of the GFV under presumptive flag State authority until the GFV registration check was completed. Soon after, the Government of Venezuela responded that they could neither confirm nor deny the nationality of the vessel. Based on the Government of Venezuela's response, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

5. The USCG boarding team recovered 23 bales with a total sea weight of approximately 575 kilograms of suspected cocaine. Two field tests were conducted on the contraband which yielded positive results for cocaine. All three individuals, along with the suspected cocaine, were transferred to the DAUNTLESS.

6. Based on the foregoing facts, I submit that probable cause exists to believe that **Jose Manuel LEON MARIN, Rodolfo RODRIGUEZ VAZQUEZ, and Stanley JAVIER CABRERA**, did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**.

_____
Javiel Gonzalez
Special Agent
Coast Guard Investigative Service

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __7__ day of April 2022.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

3