UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-CR-20147-DMM-1

UNITED STATES OF AMERICA,
         Plaintiff,

vs.

JOSE LEON-MARIN,
         Defendant.

_____/

## DEFENDANT'S SENTENCING MEMORANDUM

Jose Leon-Marin, by and through undersigned counsel, respectfully submits his sentencing memorandum and request for a downward variance.  In support thereof, he states the following.

The COVID-19 pandemic has been responsible for taking the lives of 6.51 million people worldwide in just under three years.[1] Along with the staggering loss of life, the pandemic has also been responsible for significant economic disruption worldwide, especially in Venezuela, where the pandemic devastated an already struggling economy.

Jose Leon-Marin was born and raised in Boca de Pozo, Isla Margarita, Venezuela. At the age of seven, his father left his family leaving Mr. Leon-Marin's

---

[1] "Coronavirus (COVID-19)." *Google News*, Google, https://news.google.com/covid19/map?hl=en-US.

mother to be the sole caretaker of Mr. Leon-Marin and his siblings. He and his family lived in government housing with no running water and little food. Mr. Leon-Marin would often go to bed hungry as a child because there was so little to eat. It was living in these conditions that led to Mr. Leon-Marin accepting his first job as a fisherman at twelve years old in an effort to help provide for his family.

Before his arrest, Mr. Leon-Marin worked as a fisherman for over thirty-five years. However, due to the spread of COVID-19 in early 2020, the fishing industry and the rest of the economy in Venezuela came to an abrupt halt and Mr. Leon-Marin lost his job. For the first time since he was twelve years old, he was unable to provide for himself and his family. It was out of sheer desperation that Mr. Leon-Marin accepted an offer of $35,000 to ship drugs from Colombia to the Dominican Republic.

Mr. Leon-Marin accepts that he should have never accepted the offer to ship the drugs and understands that because of his actions, he will not be able to work and support his family in the near future. That is a form of punishment that cannot be quantified.

Prevention of Unwarranted Sentencing Disparity

In determining the appropriate sentence, a critical statutory factor is the need to avoid unwarranted sentencing disparities. 18 U.S.C. 3553(a)(6). To that end, attached hereto is a chart listing sentences entered in the Southern District of Florida in similar Title 46 cases. The chart lists a sample of sentences in Title 46 bulk cocaine cases where the defendants were sentenced between September

2

10, 2019 and June 10, 2022. Undersigned counsel only included cases that involved more than 450kg, thus exceeding the maximum threshold under U.S.S.G. 2D1.1(c)(5).[2] The chart shows that among those 20 defendants, the average sentence was approximately 92 months imprisonment.

| Client Name | Case Number | Weight of Cocaine (kg) | Sentence (months) |
|---|---|---|---|
| Bustos, Jonathan Micolta | 19-20311-CR-MIDDLEBROOKS | 1,259 | 120 |
| Rios Martinez, Jorge Eliecer | 19-20413-CR-SCOLA | 840 | 72 |
| Chmiel, Michael | 19-20452-CR-SCOLA | 600 | 78 |
| Franco-Reyes, Bryan Argentis | 19-20490-CR-MORENO | 4,359 | 108 |
| Lopez Villarreal, Segundo Pastor | 20-20101-CR-SCOLA | 1,018 | 60 |
| Chavez, Walter Ivan | 20-20141-CR-MARTINEZ | 1,104 | 120 |
| Lafaux-Rivera, Francisco Javier | 20-20157-CR-BLOOM | 897 | 84 |
| Sanchez Loor, Jimmy Geovanny | 20-20168-CR-ALTONAGA | 632 | 84 |
| Escobar Meza, Jaime | 19-20845-CR-MORENO | 1,420 | 108 |
| Padilla, Wilmar Esupinan | 21-20379-CR-BLOOM | 1,390 | 168 |
| Estupinan-Gutierrez, Jhason Joaquin | 21-20379-CR-BLOOM | 870 | 75 |
| Nunez, Virgen Herrera | 21-20427-CR-SCOLA | 575 | 72 |
| Lopez-Padilla, Belarminio | 21-20426-CR-ALTMAN | 488 | 102 |
| Guerrero Marquez, Pablo Antonio | 21-20383-CR-MOORE | 1,183 | 135 |
| Arregoces Barros, Ronald Mijali | 21-20438-CR-BLOOM | 800 | 70 |
| De Leon Berroa, Juan | 21-20359-CR-SCOLA | 639 | 70 |
| Grueso, Nilson Olaya | 21-20486-CR-GAYLES | 964 | 78 |
| Rivas-Rodriguez, Ricardo Rafael | 21-20487-CR-GAYLES | 595 | 72 |
| Villarroel, Anni Exequiel | 21-20449-CR-MIDDLEBROOKS | 450-500 | 63 |
| Canario-Villomar, Carlos Daniel | 22-20019-CR-BLOOM | 573 | 110 |

---

[2] Undersigned counsel excluded cases where the defendant received enhancements or reductions that do not apply in this case, where the defendant had prior criminal history and where the defendant testified at trial on behalf of the government.

Request for Credit from Date of Arrest—March 29, 2022

Mr. Leon-Marin humbly requests this Court grant him credit from the date of his arrest, and include language to the effect in the final judgment. Mr. Leon-Marin was arrested March 29, 2022. He was kept at sea, until he arrived in the Southern District of Florida on April 7, 2022 and made his initial appearance. To ensure that the Bureau of Prisons credits him for the time that he was in custody at sea, Mr. Leon-Marin requests this Court grant his request and make such a notation in the judgment.

WHEREFORE Mr. Leon-Marin asks this Court to impose a sentence below the advisory guideline range.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER


BY:   /s/**Jean-Pierre Gilbert**
      Jean-Pierre Gilbert
      Assistant Federal Public Defender
      Special A Number: A5502879
      150 West Flagler Street
      Suite 1700
      Miami, Florida 33130-1556
      Tel: 305-530-7000
      Jean-Pierre_Gilbert@fd.org

4

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/*Jean-Pierre Gilbert*
Jean-Pierre Gilbert