IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE MANUEL LEON MARIN, *et. al.*,

        Defendants,

_____ /

CASE NUMBER: 22-20147-CR-MIDDLEBROOKS

**DEFENDANT STANLEY JAVIER CABRERA's
SENTENCING MEMORANDUM and REQUEST FOR VARIANCE[1]**

Defendant, STANLEY JAVIER CABRERA ("Mr. Javier Cabrera") by and through his undersigned counsel, nd pursuant to Title 18 U.S.C. §3553(a), herein files this Sentencing Memorandum and Request for Variance and states as follows:

*(I) Introduction*

Mr. Javier Cabrera shall stand before this Court on sentencing day and this Honorable Court shall impose a sentence this Court deems just. No doubt this Court is very much aware of the circumstances involving prosecutions under Title 46 U.S.C. §70506(b). The evolution of the drug trafficking trade, especially in the southern District of Florida, has been such that the major players, those individuals who control the plan, who organize, and control every

---

[1]The Exhibits in this case shall be filed under seal contemporaneously with this motion.

**Page 2**
*USA v. JOSE MANUEL LEON MARIN, Case Number:22-20147-CR-Middlebrooks*
*Stanley Javier Cabrera Sentencing Memorandum and Request for Variance*

single aspect of the trafficking of the drugs on the high seas, are seldom, if ever held to account. Rather, it is individuals like Mr. Javier Cabrera who are most likely to face punishment for their involvement.

In 1995, a keen observation was once made about the fundamental difference between lower court judges and appellate judges, the district court judge wrote:

> *'The first thing he saw in a case...was the human being involved – the human factors, a particular man or woman's hopes and suffering; this became the focus of all his compassion.'*

Unlike their district court colleagues, appellate judges neither can

> *look defendants in the eye...nor struggle with assessing whether an offender is beginning or ending a criminal career, appears to be dangerous or harmless, is a minnow in a sea of big fish, **or has gone astray under unusually stressful circumstances and will not offend again.** Appellate judges [do no see] large numbers of worried or stunned faces...(Emphasis added)(internal citations omitted)*
>
> **United States v. Naugle**, **879 F.Supp 262, 267 (E.D.N.Y. 1995)**(Judge Jack B. Weinstein, presiding)(in part quoting from Roger K. Newman's biography of Hugo Black and the philosophy held by Justice Black)

Mr. Javier Cabrera seeks to tell his story and in so doing, it is hoped, this Court shall see the reality of this tragedy. It is his hope that after this Honorable Court has reviewed the facts and circumstances of his life, as well as the circumstances of this offense, when

**Page 3**
*USA v. JOSE MANUEL LEON MARIN, Case Number:22-20147-CR-Middlebrooks*
*Stanley Javier Cabrera Sentencing Memorandum and Request for Variance*

applying the sentencing factors under 18 U.S.C. §3553(a), this Court shall impose a "sentence that is sufficient, but not greater than necessary". It is most respectfully argued that a sentence not to exceed 65 months will more than adequately serve to justly punish Mr. Javier Cabrera for his actions.

### *(II) Request For Variance*

The Supreme Court untied this Court's hands when in 2005 it rendered it's decision in *United States v. Booker*, 543 U.S. 220 (2005). Later followed by *Kimbrough v. United States*, 128 S.Ct. 558 (2007) and *Gall v. United States*, 128 S.Ct. 586 (2007). Therefore, this Honorable Court no longer is obligated to impose a sentence within the determined advisory guideline range. Rather, the Court shall now be guided by the enumerated sentencing factors under 18 U.S.C. §3553(a).

## Characteristics of the Defendant under §3553(a)(1)

**Work ethic and Head of Family Unit**

Mr. Javier Cabrera turned thirty years old while in custody on this case. His young life has been characterized as a life dedicated to helping out his family and a life of hard work. His love of, and commitment to family was first seen when at the young age of 13, he left grammar school in order to learn a trade so that he could help supplement the scarce family income. (See Exhibits A and B and C). Mr. Javier Cabrera is the oldest of three siblings. He was born in May of 1992. His brother, Luis Samuel followed in December of 1994. Two years later, in December of 1996 his younger sister, Dannelle was born. *Id.* When

**Page 4**
*USA v. JOSE MANUEL LEON MARIN, Case Number:22-20147-CR-Middlebrooks*
*Stanley Javier Cabrera Sentencing Memorandum and Request for Variance*

Mr. Javier Cabrera was nineteen (19) years of age, his father Martin died unexpectedly. The death of the father devastated this family, both emotionally and financially. Martin Javier Cabrera ("Martin") was 46 years old when he died[2]. (See **Exhibit D**) Martin worked most of his life in a golf resort in Puerto Plata. He was a maintenance worker at the resort. However, he was able to teach himself how to play golf while working, and as a result, he was able to make some extra money by teaching golf to others. He was loved and admired by his children. This love and admiration survived the separation of Martin and his wife, Maria Isabel, Mr. Javier Cabrera's mother. (See **Exhibit A, Exhibit B** and **Exhibit C**, respectively)

Luis Samuel, the brother explained their father's death, there were times when they would all go to bed hungry. (See Exhibit B). Mr. Javier Cabrera also related the economic hardships the family has endured, both before and after the death of their father. See statements made by Mr. Javier Cabrera to United States Probation Officer, Ms. Carolina Feliciano, who conducted the Pre-Sentence Investigation )"PSI") interview. In 1997 when the parents separated and Martin moved out, Maria Isabel, the mother had to work outside of the home. It was Mr. Javier Cabrera who would tend to his then one-year old sister Dannelle.(**Exhibit A**).

---

[2]The Pre-Sentence Investigation Report reflects the age of the father at the time of his death to be 42 years. However, subsequent to the PSI interview a death certificate was received by counsel. See Exhibit D. Thus, the correct age is 46. Also the correct date of death is December 2011.

**Page 5**
*USA v. JOSE MANUEL LEON MARIN, Case Number:22-20147-CR-Middlebrooks*
*Stanley Javier Cabrera Sentencing Memorandum and Request for Variance*

Mr. Javier Cabrera was a child when he dropped out of the sixth grade in order to learn how to fish. (See Exhibit I-1) Prior to his arrest in this case, Mr. Javier Cabrera worked six days a week, weather and fishing conditions permitting. He was known in the neighborhood and many were his repeat customer. Mr. Javier Cabrera was/is a coastal fisherman, which is to say, he fished from the coast and did so by the use of fishing poles, nets, and fish traps. Henry Parra and Yimito Suero Roman are two individuals who have known Mr. Javier Cabrera for many years. They know Mr. Javier Cabrera as "El Nino" (the child), as he is known to many. Yimito Suero Roman used to live across the street from the Javier Cabrera home. Mr. Suero Roman knows of Mr. Javier Cabrera's work ethic and is familiar with the long hours Mr. Javier Cabrera would work in an effort to put food on the table. (See Exhibit F, see also Exhibit E).

The family home where Mr. Javier Cabrera lived with his mother, grandmother and sister, Dannelle, and son Angel David is a small, dilapidated home. Attached hereto are photographs of the exterior of the home. (See Exhibits I-5 through I-7). This is not the home of an individual who makes a living in the drug trade. Rather, this is the home of an individual who was prayed upon by unscrupulous recruiters.

In addition to providing financial and emotional support to his mother, grandmother and Danelle–especially when Danelle was a child–Mr. Javier Cabrera is a father of two children. Angel David is six (6) years of age and lives with Maria Isabel and Dannelle and the grandmother. Ariany is four five years of age and lives with her maternal mother. Mr.

Page 6
*USA v. JOSE MANUEL LEON MARIN, Case Number:22-20147-CR-Middlebrooks*
*Stanley Javier Cabrera Sentencing Memorandum and Request for Variance*

Javier Cabrera is very close to both children, although because Angel David has lived with him his entire life, he is particularly close to him.

Mr. Javier Cabrera has been the stabilizing force for this family. As a young boy of 13-14 years of age he began to contribute financially to the home and has never stopped. Prior to his involvement in this case, Mr. Javier Cabrera had never been involved in any criminal activity, rather every single cent he earned he earned with hard work, involving long hours at the seashore. This is the person this young man has been and the person that is known to his family and his neighbors and his community. (See Exhibits G and H)

**Nature and Circumstances of the Offense under §3553(a)(1)**

Mr. Javier Cabrera's actions were aberrant and out of character. He has taken full responsibility for his actions in this case and is aware of the grave mistake that he has made. Equally important, it is necessary to understand how vulnerable Mr. Cabrera was when he was approached by an unscrupulous recruiter. This Court and the Government are intimately family with the sophistication of these criminal organizations. They know where to go and who to prey upon. The can smell the young, vulnerable and often times desperate individuals. Mr. Cabrera involved himself in this offense without even realizing how serious it was. More on the circumstances of this offense shall be addressed at the sentencing hearing.

Mr. Javier Cabrera seeks a variance from the advisory Guidelines for several reasons. First and foremost, while his involvement in this case was knowing and voluntary, the pressure visited upon him by individuals who prey on desperate poor fisherman, like Mr.

**Page 7**
*USA v. JOSE MANUEL LEON MARIN, Case Number:22-20147-CR-Middlebrooks*
*Stanley Javier Cabrera Sentencing Memorandum and Request for Variance*

Cabrera cannot be ignored. These folks are experts at what they do and they mislead, use and ruin the lives of many hard-working individuals such as Mr. Javier Cabrera.

Secondly, no matter what sentence this Court is to impose, Mr. Javier Cabrera shall serve a sentence that is longer and different in kind.  Because of his status as a deportable alien, he shall not be eligible for early release, such as release into a half-way house, for example.  Additionally, as a deportable alien, Mr. Javier Cabrera will not be released upon the completion of his sentence. Rather, he shall be transferred to another facility, an immigration detention facility, for processing by the Department of Homeland Security. His status as a deportable alien will result in his ineligibility for many programs within the federal Bureau of Prisons.  See for *United States v. Ebolum* , 72 F.3d 35, 37 (6th Cir. 1995) (noting the Bureau of Prisons' policies for deportable aliens); see also *United States v. Smith* , 27 F.3d 649, 655 (D.C. Cir. 1994) ("[A] downward departure may be appropriate where the defendant's status as a deportable alien is likely to cause a fortuitous increase in the severity of his sentence ...."). Mr. Javier Cabrera will have no visitation from friends or family. He will receive an order of removal, precluding him from <u>ever</u> coming to the United States. This is something he was absolutely unaware of and something which is an additional punishment.

Lastly, there are the potential consequences to Mr. Javier Cabrera as a result of his getting arrested and potentially being held accountable for being a part of the loss of the load of drugs that was part of this case. As stated by Government expert witness, Derek Sousa, individuals like Mr. Javier Cabrera are  "at the very low end of the spectrum, because they

**Page 8**
*USA v. JOSE MANUEL LEON MARIN, Case Number:22-20147-CR-Middlebrooks*
*Stanley Javier Cabrera Sentencing Memorandum and Request for Variance*

are workers." Mr. Sousa explained that for individuals such as Mr. Javier Cabrera, there are potential consequences. "There are [consequences]. I mean ultimately, again because you have this very expensive contraband, these organizations hold people to account who deal in them. So, you know, the threat of violence, the threat of force is always present, unfortunately." (See Exhibit A, previously attached Objections to PSI, DE:56)

### *(IV) Conclusion*

Mr. Javier Cabrera had great financial obligations and this clouded his judgment when he agreed to involve himself in this case. However, his remorse is clear. Mr. Javier Cabrera has committed a grave mistake. However, the nature and the circumstances of the offense is but one of the many factors the Court is to look to when ascertaining what sentence is "sufficient, but not greater than necessary" to comply with the sentencing factors under §3553(a). For all of his life, Mr. Javier Cabrera has strived to do the right thing. To be a role model for his family, his children and indeed, for his community. As Judge Weinstein so eloquently stated above, only this Court, can look Mr. Javier Cabrera in the eye, and determine after considering the life he has led for thirty years of age, whether, Mr. Javier Cabrera, when committing this offense, ***"has gone astray under unusually stressful circumstances and will not offend again".***

It is respectfully submitted, that a sentence not to sixty-five months will serve to promote respect for the law and to adequately punish Mr. Javier Cabrera for his conduct.

I HEREBY CERTIFY that a copy of the foregoing document was electronically filed

*Page 9*
*USA v. JOSE MANUEL LEON MARIN, Case Number:20-60090-CR-SMITH*
*Stanley Javier Cabrera Sentencing Memorandum and Request for Variance*

with the Clerk of the Court using CM/ECF and via e-mail to all co-counsel of record on this

__9th__ day of __September__ 2022.

RESPECTFULLY SUBMITTED,

ANA M. JHONES, ESQ.
Haley & Jhones, P.A.
9100 S. Dadeland Blvd., Suite 1500
PMB #150048
Miami, FL   33156
Telephone: (305) 661-4637
E-mail:  ajhones@hsaalegal.com

BY:   *Ana Maria Jhones*
        Florida Bar No.: 771170

*Page 10*
*USA v. JOSE MANUEL LEON MARIN, Case Number:20-60090-CR-SMITH*
*Stanley Javier Cabrera Sentencing Memorandum and Request for Variance*

## INDEX TO EXHIBITS

**EXHIBIT A - Affidavit of Algiers Thompson re: DANNELLE JAVIER CABRERA**

**EXHIBIT B - Affidavit of Algiers Thompson re: LUIS SAMUEL JAVIER CABRERA**

**EXHIBIT C - Affidavit of Algiers Thompson re: MARIA ISABEL CABRERA**

**EXHIBIT D - DEATH CERTIFICATE OF MARTIN JAVIER VALERIO (and translation)**

**EXHIBIT E  - Affidavit of Algiers Thompson re: HENRY PARRA**

**EXHIBIT F  - Affidavit of Algiers Thompson re: YIMITO SUERO ROMAN**

**EXHIBIT G - LETTER FROM BOARD OF NEIGHBORS OF PLAYA OESTE (and Translation)**

**EXHIBIT H - JOINT FAMILY LETTER (and translation)**

**EXHIBIT I - PHOTOGRAPHS (COMPOSITE)**

**I-1     Stanley Javier Cabrera School Photo his last year in School**

**I-2     2020 Stanley Javier Cabrera returning from work**

**I-3     Ariany Javier - Daughter (2022)**

**I-4      Angel Daniel - Son (2022)**

**I-5     Family Home (2022)**

**I-6     Family Home (2022)**

**I-7     Family Home (2022)**

**I-8     Family Home (2022)**

**HALEY & JHONES, P.A.**
**9100 S. Dadeland Blvd., Suite 1500, Miami, FL   33156, Telephone: (305) 661-4637**

*Page 11*
*USA v. JOSE MANUEL LEON MARIN, Case Number:20-60090-CR-SMITH*
*Stanley Javier Cabrera Sentencing Memorandum and Request for Variance*

**I-9      Family Home (2022)**